## COLLIER *vs.* GEORGIA RAILROAD.

CASE, FROM CITY COURT OF ATLANTA. Railroads. Roads and Bridges. Fences.
(Before Judge Clarke.)

Blandford J.—There is no duty or obligation on railroad companies in this State to fence in or place guards along their roads where there may be cuts or embankments, notwithstanding a public road may run parallel to such railroad.

(a) Sections 706, 707 of the Code apply to road crossings—not to roads running parallel to railroads.

Judgment affirmed.

L. J. Winn ; Harrison & Peeples, for plaintiff in error.

Hillyer & Bro., for defendant.

## TAYLOR *vs.* BENJAMIN.

RULE, FROM EFFINGHAM. Garnishment. Distress Warrant. Justice Courts. Rule.
(Before Judge Adams.)

Blandford, J.—Although a garnishment cannot issue on a distress warrant, yet where a garnishment was so issued and served, and the garnishee answered, admitting indebtedness, whereupon the justice rendered judgment for the amount admitted, collected the amount and paid it over to the plaintiff in the distress warrant, the judgment was merely erroneous; and the garnishee having made no objection, and the judgment having been executed, a rule would not lie in favor of the defendant in the distress warrant against the justice to compel the payment to such defendant of the amount so collected and paid. 34 Ga., 178 ; Code, §3961.

Judgment reversed.

P. W. Meldrim ; R. F. C. Smith, J. G. & D. H. Clark, for plaintiff in error.

A. C. Wright, by S. B. Adans, for defendant.